

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| WTX Fund, LLC, | § | No. 08-17-00104-CV |
| Appellant, | § | Appeal from the |
| v. | § | 112th District Court |
| Ray Holt Brown, Patti Holt Elkins, Janie H. Giddiens Trust, Bobby Van Holt Revocable Living Trust, Jay F. Holt, Tommy Holt, Cheryl Jones, Debra Lynn Morgan Revocable Trust, Judy K. Wadsworth and Susan G. Wesson Revocable Living Trust, | § § § | of Reagan County, Texas (TC# 1913) |
| Appellees. | § | |
| | § | |

# **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **August 9, 2017.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Robert Vartabedian, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before August 9, 2017.

IT IS SO ORDERED this 26th day of July, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.